Approved: _____
STEVEN J. KOCHEVAR
Assistant United States Attorney

Before:  HONORABLE PAUL E. DAVISON
United States Magistrate Judge
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

CHRISTOPHER PATRICK MOYNIHAN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - x

21 Mag. 2205
RULE 5(c)(3) AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss:

    DOMINIC S. TRIPPODO, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

    On or about February 25, 2021 the United States District Court for the District of Columbia (the "DDC") issued a warrant for the arrest of "Christopher Patrick Moynihan" (the "Warrant"). The Warrant was based upon a complaint charging Christopher Patrick Moynihan with one count of knowingly entering or remaining in any restricted building or grounds without lawful authority, in violation of 18 U.S.C. § 1752(a)(1); one count of violent entry or disorderly conduct, in violation of 40 U.S.C. § 5104(e)(2); and one count of corruptly obstructing an official proceeding, in violation of 18 U.S.C. §1521(c)(2) (the "Complaint"). Copies of the Warrant, Complaint, and supporting affidavit (the "Agent Affidavit") are attached.

    I believe that CHRISTOPHER PATRICK MOYNIHAN, the defendant, who was taken into FBI custody on February 25, 2021, in the Southern District of New York, is the same individual as the "Christopher Patrick Moynihan" who is wanted by the DDC.

1

The bases for my knowledge and for the foregoing charges are, in part, as follows:

1. I am a Special Agent with the FBI. I have been personally involved in determining whether CHRISTOPHER PATRICK MOYNIHAN, the defendant, is the same individual as the "Christopher Patrick Moynihan" named in the Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my discussions with other members of law enforcement, I know that:

   a. On or about February 25, 2021, I and other members of law enforcement arrested CHRISTOPHER PATRICK MOYNIHAN, the defendant, in Salt Point, New York. I recognized MOYNIHAN from the images of Christopher Patrick Moynihan included in the Agent Affidavit. At the time of MOYNIHAN's arrest, MOYNIHAN and two individuals who identified themselves as MOYNIHAN's parents stated, in sum and substance, that he had been present at the United States Capitol on January 6, 2021.

b. At the time of his arrest, MOYNIHAN was in possession of a New York State driver's license, which confirmed his name as Christopher Patrick Moynihan. At my request, MOYNIHAN produced a hat, which I recognized as a hat he wore inside the United States Capitol on January 6, 2021, based on publicly available photographs and video.

WHEREFORE, deponent prays that CHRISTOPHER PATRICK MOYNIHAN, the defendant, be bailed or imprisoned, as the case may be.

/S/ Dominick S. Trippodo
DOMINIC S. TRIPPODO
Special Agent
FBI

Sworn to me through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1 on: 2/26/21

HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3