Duration: 32 minutes
Proceeding via: ☐ CourtCall ☒ AT&T

DOCKET No. 21-mj-02205

DEFENDANT Charles Patrick Moynihan

AUSA Steven Kochevar

DEF.'S COUNSEL Jason Ser
☐ RETAINED ☒ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☒ Rule 5(c)(3)  ☒ Detention Hrg.
☐ Other: _____

DATE OF ARREST 2/25/2021
TIME OF ARREST 3:30 pm
TIME OF PRESENTMENT 2:23 pm
2/26/2021

☐ VOL. SURR.
☐ ON WRIT

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☒ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $50,000.00    PRB    ☒ 2    FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/and District of Connecticut for church services and District of Columbia
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES    for Court appearances
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:    ☐ REGULAR    ☐ STRICT    ☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS    ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION    ☐ HOME DETENTION    ☐ CURFEW    ☐ ELECTRONIC MONITORING    ☒ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: 3/3/21

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Initial appearance of Charles Patrick Moynihan, who appeared via Skype and ATT Connect after consenting to proceed remotely. AUSA Steven Kochevar appeared via Skype and ATT Connect for the Government. Jason Ser, Federal Defenders appeared via Skype and ATT Connect for Defendant. Andrew Abbott from Pretrial Services appeared by telephone. Defendant was advised of his rights and the charges in the complaint. Public reading of the complaint was waived. Financial affidavit approved and Jason Ser appointed as counsel. Initial appearance has been scheduled for 3/3/21 in the District of Columbia. Defendant release on $50,000.00 PRB to be cosigned by two FRP. Defendant must not have access to father's firearms, which must be kept locked at all times. Defendant may self install location monitoring. Recorded by ATT Connect. 32 minutes. (See transcript).

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

☐ CONFERENCE BEFORE D.J. ON _____

For Rule 5(c)(3) Cases:
☒ IDENTITY HEARING WAIVED
☐ PRELIMINARY HEARING IN SDNY WAIVED

☐ DEFENDANT TO BE REMOVED
☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 3/26/2021

☒ ON DEFENDANT'S CONSENT

DATE: 2/26/2021

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016