# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. __21 MAG 2205__   Date __3/5/21__

USAO No. __2021R00262__

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ____ Removal Proceedings in

United States v. __Christopher Patrick Moynihan__

The Complaint/~~Rule 40~~ Rule 5(c)(3) Affidavit was filed on __2-26-21__

____ U.S. Marshals please withdraw warrant.

_[signature]_
ASSISTANT UNITED STATES ATTORNEY

__Steven J. Kochevar__
(Print name)

SO ORDERED:

__Judith C. McCarthy__   __3-5-21__
UNITED STATES MAGISTRATE JUDGE   DATE

Distribution: White→Court   Yellow→U.S. Marshals   Green→Pretrial Services   Pink→AUSA Copy