# UNITED STATES DISTRICT COURT
for the

Souther District of New York

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| | ) Case No. | 21-mj-02205 | UNA |
| Christopher Patrick Moynihan | ) | | |
| Defendant | ) | | |

## DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it):*


*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments):*

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

*Release of Bond.* The court may order this appearance bond ended at anytime. This bond will be satisfied and the security will be released when either: (1) The defendant is found not guilty on all charges, or (2) The defendant reports to serve a sentence.

## Type of Bond

$ 50,000.00   PRB  2  FRP [ ] ROR [ ] Unsecured [ ] Secured $_____ [ ] Bank Check or [ ] Property Directed  Pretrial Supervision [ ] Drug Testing / treatment as directed [ ] Mental Health Assessment [ ] Home inforced by location monitoring, [ ] Surrender all travel documents with no new application.

**Travel is restricted to the SDNY & EDNY** District of Connecticut for Church Services and District of Columbia for Court appearances

**Additional Conditions:**
Defendant is to have no access to father's firearms which must be kept locked up at all times in arrangment described by his father.

Defendant is subject to GPS monitoring and may self-install

Defendant must reside in his parents' home in Salt Point, NY

## Defendant's Agreement

I, Christopher Patrick Moynihan (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

(X) to appear for court proceedings;
(X) if convicted, to surrender to serve a sentence that the court may impose; or
(X) to comply with all conditions set forth in the Order Setting Conditions of Release.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 2/26/2021

X _____
*Defendant's signature*

Defendant's address and telephone number: _____

Jerome Moynihan
*Surety/ Property Owner - printed name*

Elena Moynihan
*Surety/ Property Owner - printed name*

_____
*Surety/ Property Owner - printed name*

_____
*Surety/ Property Owner - printed name*

Jerome Moynihan 3/2/21
*Surety/ Property Owner - signature and date*

_____ 3/2/21
*Surety/ Property Owner - signature and date*

_____
*Surety/ Property Owner - signature and date*

_____
*Surety/ Property Owner - signature and date*

Sworn and signed before me. Defendant Only

Date: 2/26/2021

Approved.
Date: 2/26/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

PED
*Judge's signature*

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                                              Custodian                                      Date

(X) (7) The defendant must:
- ( ) (a) submit to supervision by and report for supervision to the _____,
  telephone number _____, no later than _____.
- ( ) (b) continue or actively seek employment.
- ( ) (c) continue or start an education program.
- ( ) (d) surrender any passport to: _____
- ( ) (e) not obtain a passport or other international travel document.
- (X) (f) abide by the following restrictions on personal association, residence, or travel: __SD/EDNY, District of Connecticut for Church Services, District of Columbia for Court appearances__
- ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
- ( ) (h) get medical or psychiatric treatment: _____
- ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( ) (k) not possess a firearm, destructive device, or other weapon.
- ( ) (l) not use alcohol ( ) at all ( ) excessively.
- ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  - ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  - ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - ( ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- (X) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- ( ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( ) (s) _____

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Christopher Patrick Moynihan<br>*Defendant* | )<br>)<br>) Case No. 21-mj-02205<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: District of Columbia
*Place*
via Zoom

on 3/3/2021 1:00 pm
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

**From:** Becker, Shannon (USANYS)
**Sent:** Tuesday, March 2, 2021 9:36 AM
**To:** jerrymoyinhan@outlook.com; ElenaMoynihan@outlook.com
**Cc:** Mohamed Camara
**Subject:** Bond for Christopher Moynihan

Good morning Mr. and Mrs. Moynihan,
You have both been approved to be a co-signer for your son, CHRISTOPHER PATRICK MOYNIHAN, in case number 21 m 2205.

Attached is the bond for you to review and sign. On the 2nd page, you'll see your names typed:

| Jerome Moynihan | Jerome Moynihan 3/2/21 |
|---|---|
| Surety/ Property Owner - printed name | Surety/ Property Owner - signature and date |
| Elena Moynihan | Elena Moynihan 3/2/21 |
| Surety/ Property Owner - printed name | Surety/ Property Owner - signature and date |

If you both still wish to sign, please print the bond, sign and date on the line to the right of your name where it says Surety/Property Owner signature and date.
Please then take a picture of that entire page and email it back to me at shannon.becker@usdoj.gov.

After I email the signed signature page to the Clerk's Office, you'll receive a call from the Clerk to go over the terms and conditions one more time. Please answer any calls that come from a blocked or unknown number today, that will be the Clerk calling.

Mail the entire bond with your original signatures to the following address:

United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007
Attn: Arraignment Section

(Christopher's defense attorney is responsible for mailing a stamped envelope, addressed to the Clerk's Office, to send the original signed copy back to the Clerk's Office.)

If you have any questions, please let me or Mohamed know.

Thanks,

Shannon N. Becker | Paralegal Specialist
United States Attorney's Office | Southern District of New York
300 Quarropas Street | White Plains, NY 10601
T 914 993 1915 | F 914 993 9036
shannon.becker@usdoj.gov

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:    Christopher Patrick Moynihan    21-mj-02205    PED

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more -- you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years -- you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony -- you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor -- you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:    2/26/2021    PED
_____
*Judicial Officer's Signature*

Paul E. Davison, USMJ
_____
*Printed name and title*

DISTRIBUTION:  COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

**Southern District of New York**

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

**Eastern District of New York**

Brooklyn (Kings County)
Queens (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)